IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBYN ALEXANDER nee RUSHING, | |
| Plaintiff, | |
| v. | Case No. 6:14-cv-00148-RAW |
| USAA, LTD., | The Honorable Ronald A. White |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff and Defendant, by and through their respective undersigned counsel, and hereby stipulate to the dismissal of Plaintiff's claims against USAA, Ltd. with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

Respectfully submitted,

  s/  J. P. Longacre
J. P. Longacre, OBA #19516
J.P. Longacre, P.C.
117 N. Central Avenue
Idabel, OK  74745
Phone: (580) 286-6636; Fax: (580) 286-6632
jplongacre@swbell.net

Jerry L. McCombs, OBA #5900
2242 Shady Lane
Idabel, OK  74745
Phone: (580) 286-6865; Fax: (580) 286-2163
mccombspc@yahoo.com

2

       **Attorneys for Plaintiff**
       <u>  s/  Lance E. Leffel                              </u>
       Lance E. Leffel, OBA No. 19511
       Kyle D. Evans, OBA No. 22135
       (Signed by Filing Attorney With Permission of Attorney)
       FELLERS, SNIDER, BLANKENSHIP,
       BAILEY & TIPPENS, P.C.
       100 North Broadway Avenue, Suite 1700
       Oklahoma City, OK  73102-8820
       (405) 232-0621 (Telephone)
       (405) 232-9659 (Facsimile)
       lleffel@fellerssnider.com
       kevans@fellerssnider.com
       **Attorneys for Defendant**